IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES J. GARCIA, | 1:10-cv-00299-DLB (HC) |
|     Petitioner, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| ANTHONY HEDGEPETH, | [Doc. 2] |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254, along with an application to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **February 24, 2010**    /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE